CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

April 07, 2026

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

| | |
|---|---|
| **JUDY Y. ELLIOTT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CAESARS VIRGINIA, LLC** | )    Civil Action No.    <u>6:26CV00037</u> |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT CAESARS VIRGINIA, LLC'S
<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§1332 and 1441 *et seq.*, Defendant Caesars Virginia, LLC (hereinafter referred to as "Caesars Virginia"), by counsel, hereby removes to this Court the above-captioned action pending in the Circuit Court for the City of Danville, Virginia.  In support thereof, Caesars Virginia states as follows:

1.    On March 2, 2026, Plaintiff Judy Y. Elliott ("Plaintiff"), through counsel, filed a Complaint in the Circuit Court for the City of Danville (Case No. CL26000126-00) (hereinafter "Complaint"), alleging that the Plaintiff slipped and fell on premises "belonging to" Caesars Virginia (the "State Court Action").

2.    Upon information and belief, Plaintiff served Caesars Virginia with its Summons and Complaint on March 13, 2026. A copy of Plaintiff's Summons, Complaint and all attachments are attached hereto as **Exhibit A.**

3.    Upon information and belief, Plaintiff is a citizen of the Commonwealth of Virginia.

4.    As of the date the state court complaint was filed and as of the date of this Notice of Removal, Caesars Virginia is a limited liability company organized under the laws of the State of Delaware.

5.    The sole member of Caesar Virginia is CVA Holdco, LLC.

6.    CVA Holdco, LLC has two members:  Caesars Resort Collection LLC and Danville Acquisition, LLC.

7.    The sole member of Caesars Resort Collection LLC is Caesars Growth Partners LLC.

    a.    The only member of Caesars Growth Partners LLC is Caesars Holdings, Inc.

    b.    Caesars Holding, Inc. is wholly owned by Caesars Entertainment, Inc. Caesars Entertainment, Inc. is a Delaware corporation with its principal place of business in Las Vegas, Nevada.

8.    The sole member of Danville Acquisition, LLC (see paragraph 6 above) is EBCI Holdings, LLC.

    a.    The Eastern Band of Cherokee Indians is the sole member of EBCI Holdings. LLC.

9.    Thus, for assessing citizenship for diversity purposes, Caesars Virginia is a citizen of the states of Delaware and Nevada, and the Eastern Band of Cherokee Indians, a sovereign aboriginal tribe.

10.    Complete diversity thus exists between Plaintiff and Caesars Virginia.  *Warn v. Eastern Bank of Cherokee Indians*, 858 F. Supp. 524 (W.D. N.C. 1994).

11.    Plaintiff alleges $3,500,000.00 in damages, plus interest and costs.  *See* Ex. A, Compl., Prayer for Relief.

12.    Plaintiff's suit therefore satisfies the jurisdictional amount for federal diversity jurisdiction under 28 U.S.C. § 1332.

13.    Because there is complete diversity of citizenship between the parties, and because the amount sought by Plaintiff and in controversy exceeds $75,000, this suit is one over which this Court enjoys original jurisdiction pursuant to 28 U.S.C. § 1332.

14    The Western District of Virginia, Lynchburg Division, is the United States District Court and division embracing the place where the state court action is pending.

15.    Thus, Caesars Virginia removes Plaintiff's suit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

16.    This Notice of Removal is timely because it was filed within 30 days after service of Plaintiff's Summons and Complaint on Caesars Virginia and less than one year after Plaintiff commenced the state court action.

17.    A copy of this notice has been served on Plaintiff and mailed this date to the Circuit Court for the City of Danville, Virginia.  A copy of the notice provided to the state court (without exhibits) is attached hereto as **Exhibit B**.

**CAESARS VIRGINIA, LLC**

By:  /s/ C. Dewayne Lonas_____
Counsel

C. Dewayne Lonas (VSB No. 44298)
Rebecca R. Roberts (VSB No. 99524)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, VA 23219
Telephone:  804-421-6250

Facsimile:  804-421-6251
dlonas@moranreevesconn.com
rroberts@moranreevesconn.com

*Counsel for Caesars Virginia LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**CAESARS VIRGINIA, LLC**

By: /s/ C. Dewayne Lonas
Counsel

C. Dewayne Lonas (VSB No. 44298)
Rebecca R. Roberts (VSB No. 99524)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, VA 23219
Telephone:  804-421-6250
Facsimile:  804-421-6251
dlonas@moranreeves.com
rroberts@moranreevesconn.com

*Counsel for Caesars Virginia, LLC*